UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                                : CASE NO 05-22789
                                                        CHAPTER 13
KATHLEEN LANE
                                                      : JUDGE J. VINCENT AUG
    DEBTOR
                                                      : NOTICE OF TRANSMITTAL OF
                                                        UNCLAIMED FUNDS

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>            <u>Amount</u>
 917316                 $15.47

<u>Creditor(s)</u>
Charming Shoppes - Fashion Bug
c/o First Express
P.O. Box 856021
Louisville, KY 40285

                                        Respectfully submitted,

                              /s/   Margaret A. Burks, Esq.
                                    Margaret A. Burks, Esq.
                                    Chapter 13 Trustee
                                    Attorney No. OH 0030377

                                    Francis J. DiCesare, Esq.
                                    Staff Attorney
                                    Attorney No. OH 0038798

                                    Karolina F. Perr, Esq.
                                    Staff Attorney
                                    Attorney No. OH 0066193

                                    600 Vine Street, Suite 2200
                                    Cincinnati, OH 45202
                                    (513) 621-4488
                                    (513) 621 2643 (Facsimile)
                                    mburks@cinn13.org - Correspondence only
                                    fdicesare@cinn13.org
                                    kperr@cinn13.org

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 17, 2010.

                                          /s/    Margaret A. Burks, Esq.
                                                      Margaret A. Burks, Esq.

Charming Shoppes - Fashion Bug
c/o First Express
P.O. Box 856021
Louisville, KY 40285

Debtor(s) Counsel
HENRY D. ACCIANI, ESQ.
2200 KROGER BUILDING
1014 VINE STREET
CINCINNATI, OH  45202

Debtor(s)
KATHLEEN LANE
6211 CORTELYOU AVENUE
CINCINNATI, OH  45213

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Charming Shoppes - Fashion Bug
P.O. Box 659728
San Antonio, TX 78265-9728

Registry_Deposit_for_Creditor